# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE C. BURKE, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL[1], <br> Commissioner of Social Security, <br><br> Defendant. | NO. 3:19-cv-0574 <br><br> (SAPORITO, M.J.) |

# **ORDER**

AND NOW, this 3rd day of April, 2020, IT IS HEREBY ORDERED that:

1. The Commissioner's final decision denying the plaintiff's application for benefits under Title XVI of the Social Security Act is **VACATED** and **REMANDED** to conduct a new administrative hearing

---

[1] Andrew Saul was sworn in as Commissioner of Social Security on June 17, 2019. He is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security). The caption in this case is amended to reflect this change.

before a different, constitutionally appointed ALJ;

2. The Clerk is directed to enter judgment in favor of the plaintiff;

3. The Clerk shall mark this case as **CLOSED**.

Dated: April 3, 2020            ***s/Joseph F. Saporito, Jr.***
                                JOSEPH F. SAPORITO, JR.
                                United States Magistrate Judge